UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LISETTE PEROCIER,

                          Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 2633 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 1 6 2009 ★

**BROOKLYN OFFICE**

      An Order of Honorable John Gleeson, United States District Judge, having been filed on October 14, 2009, remanding the case to the Commissioner of Social Security for further development of the record, with respect to plaintiff's ankle condition and psychiatric history, and for any other appropriate proceedings; and directing that in the event that plaintiff is again denied benefits on remand, plaintiff may file a new complaint challenging that denial; it is

      ORDERED and ADJUDGED that the case is remanded to the Commissioner of Social Security for further development of the record, with respect to plaintiff's ankle condition and psychiatric history, and for any other appropriate proceedings; and that in the event that plaintiff is again denied benefits on remand, plaintiff may file a new complaint challenging that denial.

Dated: Brooklyn, New York
       October 15, 2009

                    s/Robert C. Heinemann
                    ROBERT C. HEINEMANN
                    Clerk of Court